

COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE

$ 00.40⁶
JAN 29 2015
MAILED FROM ZIP CODE 78701

02 1R
0006557458

PITNEY BOWES

**RETURN TO SENDER**

RE: WR-77,382-03

CHARLES WILLIAMS
# 1734543
2323 AVE. E
BAY CITY, TX 77414

44 L7B7+S0BR 077414

ANK